

**ORDERED in the Southern District of Florida on June 29, 2018.**

*/s/ Laurel M. Isicoff*
**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

                        Chapter 13
                  Case No.: 18-16345-LMI

NURYS HERRERA,

  Debtor.
_____/

### ORDER DENYING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

**THIS MATTER** came before the Court for hearing on June 27, 2018 at 1:30PM upon the Motion to Extend Automatic Stay [D.E. #18] (the "Motion") filed by the *pro se* Debtor on June 13, 2018. The Court, having considered the Motion, the testimony of the Debtor, the argument of the Debtor and counsel for BSI Financial Services, As Servicing Agent for HMC Assets, LLC Solely In Its Capacity As Separate Trustee Of Community Development Fund II Trust ("BSI"), the Debtor's multiple prior bankruptcy case filings, and for the reasons stated on the record, finds that the Debtor has not filed the instant case in good faith. Accordingly, it is

**ORDERED,** as follows:

1.  The Motion is **DENIED**.

2.      Pursuant to that certain separate Order Granting BSI's Motion For Perspective [*sic*] Relief From the Automatic Stay entered in favor of BSI in prior chapter 13 bankruptcy case filed by codebtor Hector Javier Martinez Villanueva (specifically, D.E. #32, entered December 14, 2017 in Bankruptcy Case No. 17-21285-RAM, In re: Hector Javier Martinez Villaneuva), the filing of the instant case imposed no automatic stay as to the certain real property located at 4323 NW 202nd Street, Miami Gardens, FL 33055, and more particularly described as LOT 29, BLOCK 1 OF STARLIGHT, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 92, AT PAGE 43, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

3.      BSI is authorized to communicate directly with the *pro se* Debtor regarding possible loss mitigation options available to the Debtor.

###

Submitted by:

Chase A. Berger, Esq.
Florida Bar No. 083794
cberger@ghidottiberger.com
**GHIDOTTI | BERGER, LLP**
3050 Biscayne Boulevard - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

**Copies furnished to:**
Chase A. Berger, Esq.
Mr. Berger is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a Certificate of Service within three days of entry of the order.